United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 94-1683 September Term, 1999

American Petroleum Institute, et al., 
 Petitioners
v.

United States Environmental Protection Agency,
 Respondent
 
Chemical Manufacturers Association,
 Intervenor
 

Consolidated with 94-1684, 94-1686, 98-1494, 98-1506, 98-1507, 98-1514

 
 On Petitions for Review of Orders of the
 Environmental Protection Agency
 
 
 
 Before: Williams, Sentelle and Rogers, Circuit Judges.

 O R D E R
 
 On joint request of the parties by letter dated August 2, 2000, it is 

 ORDERED by the Court that the Per Curiam opinion issued June 27, 2000 be amended
as follows:

 Page 5, lines 16 and 17, delete "(up to 1,000 barrels a day across the industry)" and
replace with "(which industry claims can range up to 1,000 barrels a day at certain refineries)".

 Page 9, lines 21, 22 and 23, delete "In the refining industry, the net amount of oil
recovered may reach1,000 barrels a day." and replace with "According to claims by the refining
industry, the net amount of oil recovered may reach 1,000 barrels a day for certain refineries.".

 Page 28, first line, delete the word "wastes" and replace with "coke".

 Per Curiam

 FOR THE COURT:
 Filed on: August 18, 2000 Mark J. Langer, Clerk